### BROWN and Others *v.* WINSTON and Others.

APPEAL from the *Howard* Common Pleas.

*Per Curiam.*—This is an appeal from a confessed judgment. We see. no error in the proceedings.

The judgment is affirmed, with 3 per cent. damages and costs.

*Henry A. Brouse,* for the appellants.
*James W. Robinson,* for the appellees.

---

### THORPE and Others *v.* SWAAR.

APPEAL from the *Allen* Common Pleas. '

*Per Curiam.*—The record in this case presents no error.

The judgment is affirmed, with 5 per cent. damages and costs.

*William Thorpe,* for the appellants.